AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

NOVA SOUTHEASTERN UNIVERSITY, INC.

*Plaintiff(s)*

v.

FREEPLAY MUSIC, LLC

*Defendant(s)*

Civil Action No. 0:25-cv-61876-MD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FREEPLAY MUSIC, LLC
by serving its Registered Agent:
Corporation Service Company
251 Little Falls Drive
Wilmington DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert M. Schwartz, Esq.
ROBERT M. SCHWARTZ, P.A.
2445 Hollywood Blvd
Hollywood, Florida 33020
Ph: (954) 924-0707
litigation@patentmiami.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 09/19/2025

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts